WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
sdolembo@wrightlegal.net
*Attorney for Plaintiff, USROF III Legal Title Trust 2015-1 by U.S. Bank National Association, as Legal Title Trustee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| USROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENT POOL 1, LLC,<br><br>Defendant. | Case No.: 2:16-cv-01347<br><br>**STIPULATION AND ORDER FOR POSTING OF SECURITY COSTS PURSUANT TO NRS 18.130(1)** |

Plaintiff, USROF III Legal Title Trust 2015-1 by U.S. Bank National Association, as Legal Title Trustee (hereinafter "U.S. Bank"), by and through its attorneys of record the law firm of Wright, Finlay & Zak, LLP, and SFR Investments Pool 1, LLC (hereinafter "SFR") by and through its attorneys of record Kim Gilbert Ebron, hereby stipulate and agree as follows:

1. On July 12, 2016, SFR demanded the deposit of a five-hundred ($500.00) cost bond pursuant to NRS 18.130(1) [Doc No. 7]; and

2. U.S. Bank does not oppose this demand but needs an Order from this Court before the Clerk will accept the bond.

**IT IS SO STIPULATED**

KIM GILBERT EBRON

*/s/ Diana Cline Ebron, Esq.*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 009578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

WRIGHT, FINLAY & ZAK, LLC

*/s/ J. Stephen Dolembo, Esq.*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, USROF III Legal Title Trust 2015-1 by U.S. Bank National Association, as Legal Title Trustee*

**IT IS ORDERED** that U.S. Bank will post a $500.00 security cost bond, pursuant to NRS 18.130(1) with the Clerk of this Court fifteen within (15) days after this Order is filed.

Dated this 8th day of August 2016.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE