# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | Case No. 2:16-cv-01347-RFB-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| SFR INVESTMENTS POOL 1, LLC, *et al.*, | |
| Defendant. | |

This matter is before the Court on Defendant SFR's Motion for Demand for Security Costs (ECF No. 7), filed on July 12, 2016.

On July 20, 2016, the parties filed a stipulation for posting of security costs pursuant to NRS 18.130 (ECF No. 9) and it stated that Plaintiff did not oppose Defendant's demand. On August 8, 2016, the Court granted the parties stipulation for posting of security costs. *See* ECF No. 11. On September 12, 2016, Plaintiff U.S. Bank filed its notice of posting bond. Defendant SFR's Motion for Demand for Security Costs is therefore moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendant SFR's Motion for Demand for Security Costs (ECF No. 7) be **stricken**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall strike Defendant SFR's Motion for Demand for Security Costs (ECF No. 7) from the record.

DATED this 2nd day of February, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge