WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
sehlers@wrightlegal.net
*Attorney for Plaintiff, PROF-2013-S3 Legal Title Trust V, by U.S. Bank National Association, as Legal Title Trustee*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Defendant. | Case No.:  2:16-cv-01347-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BASED ON TENDER AND RESPONSE TO COUNTERMOTION TO DISMISS BASED ON STANDING [ECF Nos. 56 & 57]**<br><br>**[First Request]** |

Plaintiff, PROF-2013-S3 Legal Title Trust V, by U.S. Bank National Association, as Legal Title Trustee ("U.S. Bank"), and Defendant, SFR Investments Pool 1, LLC ("SFR"), by and through their respective attorneys of records, hereby agree and stipulate as follows.

1. On June 8, 2020, U.S. Bank filed a Motion for Summary Judgment Based in Tender ("Motion") [ECF No. 55];
2. On June 26, 2020, SFR filed its Opposition to Motion For Summary Judgment Based on Tender ("Opposition") [ECF No. 56]
3. On June 26, 2020, SFR filed its Countermotion to Dismiss Based on Standing ("Countermotion] [ECF No. 57];
4. U.S. Bank's current deadline to file a Reply to SFR's Opposition is July 10, 2020;
5. U.S. Bank's current deadline to respond to SFR's Countermotion is July 10, 2020;

6. U.S. Bank's Counsel is requesting an additional fourteen (14) days to file its Reply to SFR's Opposition and Response to SFR's Countermotion, and thus requests up to **July 24, 2020**, to file its Reply and Response;

7. This extension is requested to allow Counsel for U.S. Bank additional time due to the July 4, 2020 holiday and COVID 19 related delays from working partially from home.

8. Counsel for SFR does not oppose the extensions;

9. This is the first request for an extension on the current motions which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 7th day of July, 2020. | DATED this __7th_ day of July, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
| /s/ _R. Samuel Ehlers_____ | /s/ Diana S. Ebron_____ |
| R. Samuel Ehlers, Esq. | Diana S. Ebron, Esq. |
| Nevada Bar No. 9313 | Nevada Bar No. 10580 |
| 7785 W. Sahara Ave., Suite 200 | Jacqueline A. Gilbert, Esq. |
| Las Vegas, NV 89117 | Nevada Bar No. 10593 |
| *Attorneys for Plaintiff, U.S. Bank National Association, as Legal Title Trustee* | Karen L. Hanks, Esq. |
| | Nevada Bar No. 9578 |
| | 7625 Dean Martin Drive, Suite 110 |
| | Las Vegas, Nevada 89139-5974 |
| | *Attorney for Defendant, SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13th day of July, 2020.